# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LUIS A. VILLAFANE ORTA,**

      **Plaintiff,**

**v.**                                        **Case No:  6:16-cv-1309-Orl-41DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause comes before the undersigned *sua sponte*. On July 21, 2016, Plaintiff, proceeding *pro se*, filed a complaint against the Commissioner of Social Security (Commissioner) appealing the Commissioner's final decision, and an Application to Proceed in District Court without Prepaying Fees or Costs, which the Court construed as a motion for leave to proceed *in forma pauperis* (Motion). Docs. 1; 2. On August 2, 2016, the Court entered an order granting the Motion, directing the Clerk to mail the summons and Marshal 285 form to Plaintiff for completion, and directing Plaintiff to return the completed forms to the Court within fifteen (15) days from the date the forms were mailed. Doc. 6. The docket reveals that the Clerk received completed forms on or about August 16, 2016, but noted that Plaintiff identified the wrong parties. As a result, the Clerk mailed Plaintiff new forms and information about serving a United States agency. The docket reveals Plaintiff took no further action in the case after August 16, 2016.

On October 26, 2016, the undersigned entered an Order to Show Cause against Plaintiff, indicating that she failed to timely serve the Commissioner and the other government entities, and directed her to show cause in writing on or before November 16, 2016, "why this case should not

be dismissed for failure to timely serve the Commissioner and the other government entities." Doc. 10. The undersigned admonished Plaintiff that "[f]ailure to timely respond to the Order to Show Cause will result in the dismissal of the case without further warning." *Id*. at 2.

A plaintiff must serve each defendant with a summons and copy of the complaint within 90 days of the complaint being filed with the Court. Fed. R. Civ. P. 4(m). The Court must, after providing plaintiff notice, dismiss the action without prejudice if the defendant is not served within 90 days of the complaint being filed. *Id*. The court, though, must extend the time to serve the complaint if the plaintiff shows good cause for not timely serving the complaint. *Id*.

Plaintiff has failed to take the requisite steps to ensure the Commissioner and the other government entities were timely served. Thus, this action is subject to dismissal. Fed. R. Civ. P. 4(m). The undersigned provided Plaintiff with an opportunity to demonstrate good cause why she failed to timely serve the Commissioner and the other government entities. Doc. 10; *see* Fed. R. Civ. P. 4(m). The time to respond to the Order to Show Cause has passed, and Plaintiff has not filed a response to the Order to Show Cause. Therefore, Plaintiff has failed to demonstrate good cause for not timely serving the Commissioner and the other government entities.

The Court may grant an extension of time to serve the Commissioner and the other government entities absent a showing of good cause. *Lepone-Dempsey v. Carroll Cty. Comm'rs*, 476 F.3d 1277, 1281 (11th Cir. 2007). The undersigned, however, finds that no other circumstances warrant such an extension of time. The undersigned is mindful that dismissal of this action will, in all likelihood, preclude Plaintiff from further challenging the Commissioner's final decision. There is, however, no indication Plaintiff has taken any further action since the Order to Show Cause was filed to provide the necessary forms to complete service. This inaction demonstrates that an extension of time would be futile. Therefore, the undersigned, having

considered the effect of dismissal, finds dismissal is appropriate under the circumstances of this case because there is absolutely no indication that Plaintiff would take the requisites steps necessary to ensure the Commissioner and the other government entities would be served during the extended period for service.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED** for failure to timely serve the Commissioner and the other government entities; and

2. The Clerk be directed to close the case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on November 21, 2016.

_____
DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy